FILED

2003 OCT 21 P 3:09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERROL I. DUNKLEY | : | PRISONER |
| VS. | : | NO. 3:01CV2007(CFD)(WIG) |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 17, 2003 |

### THE DEFENDANTS' REPLY TO THE PLAINTIFF'S "MOTION FOR DISCOVERY DISPUTES"

The defendants hereby reply to the plaintiff's motion to compel discovery. The defendants continue to maintain that their responses were adequate. They further assert as follows with reference to the disputed discovery requests:

18. Any and all, Grievances filed on Property Officer Rodwell.

**ANSWER:** Objection. This request is overly burdensome. Grievances are categorized by date and inmate, not by correctional official complained of. The plaintiff should attempt to narrow this request.

20. Any and all, property grievances filed on C/O Rodwell.

**ANSWER:** Objection. This request is overly burdensome. Grievances are categorized by date and inmate, not by correctional official complained of. The plaintiff should attempt to narrow this request.

26. Any and all, Dunkleys' C-G-S Law Book Distruction.

**ANSWER:** The undersigned objected to this because he was unable to determine what the request asked for. The plaintiff now asserts that he is asking for a "report" on the alleged

destruction on said property. The undersigned has provided the plaintiff with all the relevant property forms and interrogatories. There is no unique "report" on the law books.

    27.    Any and all, names of workers that worked at property on 7/25/20

**ANSWER:**    Objection, this is not a request for production of documents.

    28.    Any and all, Inmates working for Rodwell on 7-25-2001 at property.

**ANSWER:**    Objection, this is not a request for production of documents.

    29.    Any an all Document of A-A-G Madeline Melchionne

**ANSWER:**    The plaintiff now asserts that he is asking for documents concerning proof of a phone call that was made by Assistant Attorney General Melchionne to Officer Rodwell. The Office of the Attorney General does not keep records of telephone calls in that level of detail. There are no records that satisfy the plaintiff's request.

    30.    Any and all, reports of a court order by Judge Rittenband.

**ANSWER:**    The undersigned continues to object to this request and is unable to understand what the plaintiff is asking. The plaintiff attached to his complaint a copy of a transcript in which Judge Rittenband requested that Attorney Melchionne contact the Enfield Correctional Institution to see if it could "accommodate" the plaintiff's property request. The undersigned is unaware of any additional "orders" from Judge Rittenband to Attorney Melchionne.

    31.    Any and all order by AAG Melchionne to c/o Rodwell

**ANSWER:**    No such "orders" exist. In addition, see response, supra.

    32.    Any and all documented report of a phone call by A-A-G.

**ANSWER:**    See response to request 29, supra.

33.     Any and all claims application filed by Mr. Dunkley

**ANSWER:**   Contrary to the plaintiff's contentions, the undersigned does not maintain "open communication" with Claims Commissioner James Smith. If the plaintiff does not have copies of claims that he filed, he should contact the Clerk of the Claims Commission to see if these remain available.

34.     Any all Claims Commissioner respond to claims

**ANSWER:**   Contrary to the plaintiff's contentions, the undersigned does not maintain "open communication" with Claims Commissioner James Smith. If the plaintiff does not have copies of decisions concerning the claims that he filed, he should contact the Clerk of the Claims Commission to see if these remain available.

38.     Any and all document of Rodwell transferred to Hartford

**ANSWER:**   The undersigned objected based on relevancy and confidentiality. The undersigned will of course provide these documents to the court for an in camera review if the court wishes.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this __20th__ day of October 2003 to:

Errol Dunkley, Inmate No. 106002
Corrigan-Radgowski Correctional Center
982 Norwich-New London Turnpike
Uncasville, CT 06032

_____
Neil Parille, AAG