UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERROL DUNKLEY

v.

COMMISSIONER ARMSTRONG, et al.

PRISONER
Case No. 3:01CV2007(CFD)(WIG)

FILED
2003 OCT 22 A 24

US DISTRICT COURT
BRIDGEPORT CT

## RULING AND ORDER

Pending are two motions filed by plaintiff. First, plaintiff seeks an extension of time of forty-five days to respond to defendants' motion for summary judgment. Plaintiff's motion [**doc. #51**] is **GRANTED**.

Second, plaintiff seeks the assistance of the court with regard to a discovery dispute. Plaintiff attached to his motion a copy of defendants' responses with objections to plaintiff's request for production of documents and argues that each item to which the defendants objected is relevant to his case.

Rule 39(a)2, D. Conn. L. Civ. R., requires that the parties confer in good faith and discuss the discovery dispute in detail in an attempt to resolve the issue without the assistance of the court. If the discussion fails to resolve the dispute, in whole or in part, the party filing the motion to compel must provide an affidavit certifying the attempted resolution. Here, plaintiff does not indicate that he has attempted to resolve this matter with defendants' counsel before seeking assistance from the court. Thus, his motion [**doc. #50**] is **DENIED** without prejudice as premature.

**SO ORDERED** this ___22nd___ day of October, 2003, at Bridgeport, Connecticut.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE