UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX KELLY | : | |
|    Petitioner | : | |
| | : | PRISONER CASE NO. |
| v. | : | 3-02-cv-638 (JCH) |
| | : | |
| COMMISSIONER ARMSTRONG | : | OCTOBER 29, 2003 |
|    Respondent | : | |

## ORDER TO SHOW CAUSE

The Petitioner is ordered to show cause why his petition should not be dismissed for failure to comply with the court's Ruling of July 24, 2003 [Dkt. No. 10], in which the court ordered Petitioner to:

> "commence exhausting his state court remedies as to his claims of jury misconduct and time credit for pre-trial incarceration within **thirty** days of the date of this ruling and to file a notice in this case documenting his efforts to commence the exhaustion process within **forty** days from the date of this ruling. In the alternative, the petitioner must amend his habeas petition within **forty** days to present only his exhausted claims, or his exhausted claim plus his ineffective assistance of counsel claim."

Petitioner is to respond to this Order by December 1, 2003. Failure to do so will result in dismissal of this petition.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of October, 2003.

Janet C. Hall
United States District Judge