United States District Court
District of Connecticut

ERROL I. Dunkley           Prisoner
  VS.                      : CIV. NO. 3:01CV2007(CFD)(WIG)
Corr. officer Rodwell
Warden. Remi Acosta

                           : November 17th 2003

## The plaintiffs' Local Rule 9(c)2 statement

Pursuant to Local Rule 9(c)2, The Plaintiff Also include a separate Section a List of each issue of material fact as to which it is contended there is a genuine issue to be tried.

1. The plaintiff was scheduled for a medical Habeas trial on August 1st 2001. EX. A.

2. On August 1st 2001, (Case # CV-01-808890) The Honorable Judge Richard M. Rittenband of Hartford Superior Court ordered A.A.G Melchionne to call property officer Dewayne Rodwell. EX. A.

3. Property officer Rodwell was aware of the Honorable Judge's Court Order. EX. Compl. A.

4. The plaintiff Acknowledged to Mr. Rodwell of his pending court date on 8-1st 2001. EX. AM. Compl. 4A

5. Property officer Rodwell Acknowledged conformation of Court Date August 1st 2001 from Lt. Beaudry on July 31st 2001. EX. AM. Compl.

6. On or about August-2nd-2001, A.A.G Melchionne notify property officer Rodwell of the courts' order. EX. Am, Compl. Attch. EX. A

7. On March 17, 1999. The Arbitration of Legal Dispute Board, Award the plaintiff $2000.00 Dollars from Richard Silverstein. EX. B

8. On August 21, 2001. The plaintiffs' pro-se Small Claims Case # SCA-6-138260. Dunkley vs. Silverstein trial Commence. EX. B.

9. On August 21, 2001. The plaintiff did Not have the Decision of the Advisory opinion of Arbitration Board and the Necessary evidence to exhibit at trial. EX. B    Am. Compl. Attch.

10. Mr. Dunkley did Not have the Necessary Document he Needed to go to trial (case # CV-01-808890) on medical Habeas corpus, Because property officer Rodwell refuse to turn over the Legal Material, Knowing Mr. Dunkley's Court Date.- EX. A.

11. Appellate (case # A.C. 22049) Preliminary Designation of pleading and certificate were due on or before September 26, 2001. EX. C.

12. The petitioner's Appellate preliminary Brief was Distroyed by Rodwell. EX. AM. Compl. 4A. 4B.

13. The petitioner's outcome of the pro-se Appeal case would have been differant If property officer Rodwell did Not distroyed —

Mr. Dunkleys' Appellate Brief and Documents concerning A.C. 22049 Case. EX. AM. Compl. Attch. 4A-4B.

14. Appellate Court Chief Clerk Francis J. Drumm, Jr. was made aware that property officer Rodwell Distroyed the Legal Brief that was Due on September 26-2001. EX. C.

15. Petitioner filed F.O.I to obtain Documents concerning A.C. 22049 case. EX.

16. A.C. 22,049 was a Appeal concerning an Assault by a U.S Marshal on plaintiff. EX. C.

17. Appellate case # A.C. 220219 Dunkley VS. Comm. Armstrong was concern condition of confinement and Length of Sentence. EX.

18. Dunkley VS. Comm. Armstrong #3:98CV1035 (AWT)(DFM) concern Assault by special Deputy Marshal. EX. AM. Compl. Attch. 4A-4B. EX D.

19. At time in question Mr. Dunkley was acting pro-se in #3:98CV1035 (AWT)(DFM) EX.D.

20. At all times property officer Rodwell was acting Recklessly, Maliciously, wanton and outside the scope of his Job authority. EX. AM. Compl. 4B-4A.

21. The U.S. Constitution Eleventh Amendment dose not Bar either injective or Damage Suits Against individual, Official Capasity. EX. E.

22. It fair to formulate that property officer Rodwell engaged in willfull and actionable injury to the plaintiff, without his actions we would not have been here. Ex. Am. Compl. 4B. 4A and Attachment

23. The plaintiff DID NOT filed a Direct Grievance on the retaliation on the transfer to Carl Robinson, Because he believed the Grievances to be void. Ex. Am. Compl. Atl. Grievances

24. The plaintiff involved (6) six Lts to rectified the on going problem with property officer Rodwell. Ex. Am Compl. 4-4B-4A

25. On August 28, 2001 I wrote and spoke to warden Remi Acosta about the problem with my self and Rodwell, The next day I was transferred to Carl Robinson. Ex. F

26. I was put in Administrative detention on 8,10,2001 on a possible Altercation. Ex. F

27. On 8,14,2001. I was reliese from Administrative detension without any reprisal. Ex. F

28. The plaintiff content he got the General statutes through Attorney at law and other legal book Ex. G

29. The warden Claims that he and Rodwell did not Distroyed any Legal Book. ex. G.

Errol I. Dunkley
ERROL I. DUNKLEY
Radgowski C.I.
982 Norwich New London Turnpike
Uncasville Ct 06387
Im#106002

## Certification

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this __19th__ day of November 2003.

Neil Parille
A.A.G. 110 Sherman Street
Hartford, Ct 06105

Errol I. Dunkley
ERROL I. DUNKLEY



HCN

808890

| Name of Inmate | Superior Court |
|---|---|
| ~~ERROL I. DUNKLEY~~ | GA-14-HARTFORD Judicial District |
| Petitioner, ERROL I. DUNKLEY | at: 101 LAFAYETTE STREET |
| vs. | HARTFORD CT 06106 |
| Commissioner, JOHN J. ARMSTRONG | |
| Connecticut Department of Correction, | |
| Respondent | (Date) |

## Petition For Writ Of Habeas Corpus

The petitioner, __ERROL I. DUNKLEY__ is imprisoned and restrained of his liberty at the __MACDOUGALL C.I.__ Correctional Institution, by the Commissioner of Correction, Connecticut Department of Correction.

Petitioner's conviction and sentencing occured in the Judicial District of __NEW HAVEN__ __235 CHURCH STREET-SUPERIOR COURT NEW HAVEN CT.__

Date of petitioner's arrest __MARCH 10__ 19 __94__.

Petitioner (Respond to only one of the following A, B or C)

____ A. Pleaded Guilty on _____ 19 _____.

__X__ B. Was convicted by a jury on __SEPTEMBER 15__ 19 __95__.

____ C. Was convicted by bench trial on _____ 19 _____.

FILED

JUN 21 2001

HARTFORD J.D.

Petition for a writ of habeas corpus

Inmate Name __ERROL I. DUNKLEY__ Inmate Number __106002__

Petitioner was sentenced by Judge __WILLIAM L. HADDEN__ on __SEPTEMBER__ 19__95__

Petitioner was sentenced for the following violations of the Penal Code.

| Violation | Sentence-Years | Consectutive or Concurrent |
|---|---|---|
| #1  53A-8 | 18YEARS SUSPENDED AFTER 15 YEARS | |
| #2  53A-101 | | |
| #3 | | |
| #4 | | |

Petitioner's total effective sentence is __18 YEARS__ _____ years and _____ months.

Name of attorney representing petitioner at trial or plea was __RICHARD P. SILVERSTEIN__

Date petitioner entered jail __MAY 8,__ 19__97__. Total days in jail before sentencing _____

The petitioner (choose either "A" or "B")

___ A. Did not appeal his conviction.

_X_ B. Did appeal his conviction

If Petitioner selected "B" above; The name and address of attorney representing petitioner on appeal was __ROBERT M. CASALE ESQ. 250 W. MAIN ST. BRANFORD CT 06405__

The issues petitioner raised on appeal were __WHELEN-NEWSOME RULE__

Appeal citation and date __PER CURIUM NOV. 18, 1997__

Petition for a writ of habeas corpus

Inmate Name __ERROL I. DUNKLEY_____ Inmate Number __106002__

The petitioner (choose either "A" or "B")

__NONE__ A. Has appealed the issue he claims in this petition

__NONE__ B. Has not appealed the issue he claims in this petition.

If petitioner selected "B" above; He did not claim this issue on appeal because;

_____

The petitioner (choose either "A" or "B")

____ A. Has not filed any other habeas corpus petitions.

__X__ B. Has filed a prior habeas corpus petition.

If Petitioner selected "B" above; The name and address of attorney representing petitioner in the petition for habeas corpus __VICKY H. HUTCHINSON 270 MAIN ST. DANBURY CT 0681__

In which court was petition for writ of habeas corpus filed? __DANBURY SUPERIOR COURT__

Habeas Docket Number. __CV98-03312650         NOT RELATED TO THIS CASE__

The petitioner (choose either "A" or "B")

__NONE__ A. Issues in this petition were raised in a prior petition.

__NONE__ B. Issues in this petition were not raised in a prior petition.

If the petitioner selected "B" above; The reasons why the issues herein were not raised in a prior petition __THIS HABEAS IS NOT RELATED TO ANY PRIOR HABEAS PETITION__

__FILED BY THE PETITIONER.__

_____

    This form is intended to assist you in giving enough information to the court or your attorney   You may prepare your own petition if you wish, but you must be as detailed about your claim as in this form or your petition will be returned to you. I have read the above notice.

__06-11-2001__                    _Errol I. Dunkley_

(Date Signed)                         (Signature of Petitioner)

Petition for a writ of habeas corpus

Inmate Name __ERROL I. DUNKLEY_____ Inmate Number 106002

Petitioner may answer the questions on page 4 or page 5 <u>YOU CANNOT ANSWER BOT</u>

Petitioner claims that his confinement at this institution is illegal because:

1. ____ Incorrect pre-sentence jail time has been credited to the petitioner.

    Total credited pre-sentence jail time is _____ days.

    The petitioner believes the total pre-sentence jail time should be _____ days.

2. ____ Incorrect good time has been credited to the petitioner.

    Total credited good time is _____ days.  Petitioner believes the total should be _____ d

3. ____ A parole hearing was denied the petitioner or the hearing was improper.

4. ____ A fulough hearing was denied the petitioner or the hearing was improper.

5. ____ A discipline hearing was denied the petitioner or improperly held

6. ____ A classification hearing was denied the petitioner or the hearing was improperly hel

7. ____ Other hearing that was denied the petitioner or improperly held (specify)_____

8. ____ Specific conditions in the prison are inhumane and dangerous to petitioner.

9. __X__ The medical treatment program in the prison is **HAS DENIED TREATMENT FOR CANCEROUS TUMOR.**

10. ____ The drug and/or alcohol treatment program in the prison is _____

11. ____ The mental health treatment program in the prison is _____

12. __X__ A correctional officer named (if known) **DOCTOR GAVE ME NO TREATMENT**

    has done the following _____

13. ____ An inmate named (if known) _____

    has done the following _____

14. ____ Another person named (if known) _____ has done the follow

State all facts and details to support your claim on a separate piece of paper and attach directly after this page. (See paragraph 10 and 11 on cover sheet.)

## STATEMENT OF FACTS

date: 06-11-2001

THIS STATEMENT OF FACTS IS GIVEN UNDER THE PENALTY OF PERJURY BY ERROL I. DUNKLEY AND IS TRUE TO THE BEST OF MY KNOWLEDGE:

ON 12-3-97 WHILE STANDING IN THE HOLDING CELL AT THE WHALLEY AVENUE COMMUNITY CORRECTIONAL CENTER, I WAS APPROACHED BY SPECIAL DEPUTY SHERIFF LUIS DUARTE. HE PROCEEDED TO PUNCH ME IN THE MOUTH WITH A CLOSED FIST CAUSING TWO LACERATIONS TO MY UPPER LIP. THE FORCE OF THE BLOW SNAPPED MY HEAD BACK HITTING THE CELL DOOR WITH THE SIDE OF MY NECK CAUSING A LARGE BUMP ON THE BACK OF MY NECK. THERE AFTER I WENT TO SEEK MEDICAL ATTENTIONWHICH THE NURSE GAVE ME AN ICE PACK FOR MY NECK. I WAS **THEN** TRANSFERRED TO GARNER CORRECTIONAL FACILITY, THE BUMP NEVER WENT DOWN SO I SOUGHT MEDICAL ATTENTION ONCE AGAIN AND THE DOCTOR GAVE ME MOTRIN FOR THE CONTINUOUS HEADACHE AND " I HAVE A LYMPHOMA TUMOR." WHILE I LOOKED UP IN THE DICTIONARY WHICH STATES "CANCEROUS TUMOR." I WAS TRANSFERRED TO THE MACDOUGALL CORRECTIONAL FACILITY ON 11-09-2000 TO WHICH I SAW THE DOCTOR ABOUT THE MATTER, HE PLACED ME ON MOTRIN FOR ONE YEAR AND ALL THIS TIME THE TUMOR IS GETTING BIGGER. HE ORDERED THE FACILITY TO OPERATE BUT THE FACILITY DECLINED TO DO SO.

*Errol I. Dunkley*

SWORN BEFORE ME ON ____7TH____ DAY OF __JUNE__ 2001 AT __Hartford__ COUNTY.

THE PETITIONER
*Errol I. Dunkley*
ERROL I. DUNKLEY 106002
MACDOUGALL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CT 06080

Petition for a writ of habeas corpus

Inmate Name **ERROL I. DUNKLEY**      Inmate Number **106002**

1. The petitioner requests the court to: (Select only one of the following)

    ___ Let the petitioner withdraw his guilty plea.

    ___ Order a new trial for the petitioner or release the petitioner.

    **X** Correct the institutional condition complained of. **MEDICAL TREATMENT OF TUMOR GROWTH.**

    **X** Other (Specify) **LIABILITY OF THE DEPT. OF CORRECTIONS.**

2. The petitioner : (Select only one of the following)

    **X** Requests the court to appoint an attorney to represent him in this petition

    ___ Does not request the court to appoint an attorney to represent him in this petition.

06-12-2001
(Date Signed)

Errol I. Dunkley
(Signature of Petitioner)

State of Connecticut, County of Hartford, being duly sworn states the above information is true to the best of his knowledge.

(Notary Public)

6/12/01
(Date Notarized)

Petition for a writ of habeas corpus

Inmate Name  ERROL I. DUNKLEY _____  Inmate Number  106002

I,  ERROL I. DUNKLEY _____ , the petitioner herein am without funds and am unable to pay court entry fees and costs or engage an attorney. I have $ 0.00 in my prison account and total assets valued at $ 0.00 _____. I ask the court to waive fee costs having to do with this petition.

06-12-2001
(Date Signed)

_____
(Signature of Petitioner)

State of Connecticut, County of _____ , being duly sworn states the above information is true to the best of his knowledge.

_____
(Notary Public)

6/12/01
(Date Notarized)