01 CV 2007 OPP

United States District Court
District of Connecticut

FILED 2003 NOV 26 P 3:55

ERROL I. Dunkley
vs.
Corr. Officer Rodwell
Warden. Remi Acosta

: Prisoner
: CIV. NO. 3:01CV2007(CFD)(WIG)

: November 19th 2003

## The Plaintiffs' supporting motion for opposing summary Judgement and exhibits listing

The plaintiff filed this pro-se 42 U.S.C. §1983 civil rights action. I allege that the Defendant violated my Rights to access to the courts, (2) I was deprived of law paperwork without due process. (3) Defendants retaliated against me for filing grievances and stating I was going to appraise the comm. of what was going on in the facility of Enfield C.I.

1. Fact
   A. Background

   On July 23, 2001, the plaintiff was transferred from macdougall C.I. to Enfield C.I. (Def. Ex. A.) The plaintiff allege, he was deprived of his legal paperwork for ongoing cases. Ex. A, B, C, Brimsall, Smith, U.S.D.

U.S. 817, 821 (1977) Also Conn. Const. Art. 1, §10. two days after entering Enfield C.I. the plaintiff legal boxes arrived, to which property officer Rodwell called me to the A-P Building. Said officer proceeded to tell me I could not have my legal paperwork. (EX. 4A. 4B.)(Am Compl) I told mr. Rodwell that I was going to court on August 1, 2001, and I needed legal material that was in those boxes. EX. A. B. C. The Supreme Court has stated, "It is now established beyond doubt that prisoners have a constitutional right of access to the courts." Bounds v. Smith 430 U.S. 817, 821, 97 S. Ct. 1491 (1977) the courts have cited the Due process clause, the Equal Protection clause, the First Amendment, and the privileges and Immunities clause of Article IV of the constitution as the base for the Right. Murray v. Giarratano, 492 U.S. 1, 11 N. 6, 109 S. Ct. 2765 (1989). John L. v. Adams, 969 F.2d 228, 231-32 (6th Cir. 1992): Mr. Rodwell still told ME I cannot get the legal paperwork. I went to court on August 1, 2001. The Honorable Judge Richart M. Rittenband presided on the case. (Habeas trial tran. EX. A.) the evidence I needed to present to the Judge, I did not have, (Habeas tran. p. 13-14.)EX.A.) I then involved (6) six Lieutenant to rectified the problem. one of the six were help to me that's Lt. Beaudry

Said Lt. called property officer Rodwell and told him to give me my Legal paper work since I had a court date on August 21, 2001. Case Dunkley vs. Silverstein. EX. B. Said Lt. told me to go and get the Legal paper work. Upon Arriving at #P Building met by property officer Rodwell pulled out the Boxes, He proceeded to take out my Legal Material and disgarding them. All categories of prisoners are entitled to Court Access. Hatch v. Yamauchi, 809 F. Supp. 59, 61 (E.D. Ark. 1992). and the right extends to post-conviction proceedings as such as Habeas corpus petition, Civil Rights Action, and other civil proceedings Wolff v. McDonnell, 418 U.S. 539, 579, 94 S. Ct. 2963 (1974) (Civil Rights Action) I was Awarded 2,000.00 From the Arbitration of Legal fees Disputes case #98-31. I Lost the case because of Mr. Rodwell's not willing to turn over my relivent Legal material. EX. B.  Violations of fundamental constitutional Rights to the court, the plaintiff suffered "Actual injury" As a result of that denial of Legal paper work. Id. at 2179-2180. On August 29, 2001 I was transferred to Carl Robinson there thay gave me all of my Boxes, there I dis covered that case # A.C. 22049, Errol Dunkley vs. Comm. of Corr. I had typed up my preliminary Brief and other paperwork concerning this case.

All paper work including my Brief to case NO.A.C. 22049 was gone or distroyed. The case was Dismissed Because of the Distruction of Legal material. EX.B. I contacted Francis J. Dumm, Jr At Appellate court. EX.B. I did Not file A Grievance on that one Single claim of retaliation, I taugh because I filed three other Grievance, I Believe the Grievance was void.

The plaintiff, pray that the court see that the pro-se Litigant is of simple Legal mind.

*Errol I. Dunkley*
ERROL I. Dunkley
982 Norwich New London Turnpike
Uncasville Ct 06382
#106002

## Certification

I hereby certify that A copy of the foregoing was mailed, postage prepaid, this 19th day of November 2003. to the following parties of Record.
NEIL Parille
A.A.G 110 Sherman Street
Hartford, CT 06106

*Errol I. Dunkley*
ERROL I. Dunkley