United States District Court
District of Connecticut

FILED
2003 NOV 26 3:54
US [Prisoner]

ERROL I. Dunkley
  vs.
Corr. officer Rodwell
Warden. Remi Acosta

CIV. NO. 3:01CV2007(CFD)(WIG)

: November 19th 2003

## The plaintiffs' Local Rule 9(c)2 Statement

Pursuant to Local Rule 9(c)2, the plaintiffs submit this statement of facts as to which they contend there are material disputed genuine issues to be tried.

1. Admitt, The plaintiff is confined to the Conn. Dept. of Corrections ("D.O.C") (Ex Def. 9(c)1 Ex. A

2. Admitt, on July 23, 2001, the plaintiff was transferred from Macdougall C.I. to Enfield C.I. (Ex. F

3. Admitt, on 8-21-01, D.O.C transported the plaintiff to New Haven Court for case # SCA-6-138260. (Admitt) the Court ruled in favor of defendant Silverstein. Ex. B

4. Admitt, the case of Dunkley vs. Silverstein did not concern condition of confinement. (Ex. B

5. Deny, The plaintiff did not suffer an adverse decision in the case of Dunkley vs. Comm. Corr. #AC22021q, Ex. pl.

[6]. Admitt, on 8-29-2001, D.O.C transferred the pff from Enfield C.I. to Carl Robinson C.I. EX. E

7. **Deny**, the decision to transfer the plaintiff from Enfield to Carl Robinson, was done in the routine course of business, and not by Warden Acosta or officer Rodwell. Ex.(Am.Comp), Attachment, E

8. **Admitt**, Inmate Dunkley filed four grievances while confined at Carl Robinson C.I. None of those concerned his transfer to Carl Robinson C.I. EX. AM pl.

9. **Admitt**, On February 8, 2002 the D.O.C transferred the plaintiff from Carl Robinson C.I. to the Radgowski C.I., where I remains. EX. F.

Errol I. Dunkley
ERROL I. DUNKLEY
Radgowski C.I.
982 Norwich New-London Turnpike
Uncasville Ct 06382
INT#106002

**Certification**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this _19th_ day of November 2003. to the following parties of Record.

NEIL Parille
A.A ?, 110 Sherman Street
ford, Ct. 06105

Errol I. Dunkley
ERROL I. DUNKLEY