United States District Court
District of Connecticut

FILED

ERROL I. Dunkley : Prisoner
vs.
Corr. Officer Rodwell : CIV. NO. 3:01CV2007(CFD)(WIG)
Warden. Remi Acosta : November 19th 2003

## Affidavit of Errol I. Dunkley

State of Connecticut

County of Hartford

I, Errol I. Dunkley, having been duly sworn, deposes and say that:

1. I am over the age of eighteen and understand the obligations of an oath. and sworn to the oath under the penalty of perjury.

2. I am an inmate at the Radgowski facility in Norwich New London, Ct 06382.

3. On July 23, 2001 I was transferred from Macdougall C.I. to Enfield C.I.

4. On July 25, 2001 I told property officer well that I am a pro-se in fourteen cases in which I need my legal material.