United State District Court
District of Connecticut

FILED
2004 MAY 12 A 10:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Prisoner

ERROL I. Dunkley           NO. 3:01-CV-02007-CFD(WIG)
vs.
Ofcr. Rodwell              : May-10-2004
Wdn. Remi Acosta

<u>Motion on Court's update for Summary Judgment</u>

1. The undersign, Duly sworn, Depose and Say: I am the petitioner in the above entitle caption. On November 26, 2003 the petitioner filed his response to the Defendant's Summary Judgment Dated filed June 20, 2003. The petitioner contends that the motion in opposition of the Defendant's Summary Judgment has been filed over (6) six months to no avail a ruling on said motion. The petitioner has contacted the Clerk's office ms. Mary E. Larsen on two (2) different occasions by via mail to no avail a response by clerk.

Therefore, The petitioner prays that the Honorable Judge replys, giving the plaintiff a response on status of said case.

*Errol I. Dunkley*
ERROL I. Dunkley
Radgowski C.I.
982 Norwich New-
London Turnpike
Uncasville, Ct 06382
Inm# 106002

## Certification

    I hereby certify that a copy of the foregoing was mailed to party of Record on This 10 Day of May 2004

*Errol I. Dunkley*
Errol I. Dunkley

Neil D. Parille
Attorney General's office
110 Sherman Street
Hartford, Ct 06105