UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERROL DUNKLEY

      v.

PRISONER
CIVIL NO. 3:01cv2007 (CFD)

JOHN J. ARMSTRONG
RODWELL
REMI ACOSTA

J U D G M E N T

     This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

     All claims against defendant Armstrong were abandoned when plaintiff omitted him as a defendant in the amended complaint.

     The Court has considered the motion for summary judgment and all the related papers.  On September 17, 2004, the Court filed its Ruling on Motion for Summary Judgment granting the motion.

     Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered in favor of the defendants and the case is closed.

     Dated at Bridgeport, Connecticut this 20th day of September, 2004.

KEVIN F. ROWE, Clerk

By   /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____