UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Errol I. Dunkley #110600   2004 SEP 29 P 1:50

v.                    CIVIL CASE NO. 3:01CV2007(CFD)

S. Rodwell
Rami Acosta

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __plaintiff__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

__Copy enclose__

2. The Judgment /Order in this action was entered on __09-17-04__.
(date)

__Errol I. Dunkley #106002__
Signature

__Errol I. Dunkley__
Print Name

__Radgowski C.I.__
__982 Norwich New__
__London Tpke__
Address

Date: __09-25-04__    __Uncasville, CT 06382__
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERROL DUNKLEY

v.

JOHN J. ARMSTRONG
RODWELL
REMI ACOSTA

PRISONER
CIVIL NO. 3:01cv2007 (CFD)

## JUDGMENT

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

All claims against defendant Armstrong were abandoned when plaintiff omitted him as a defendant in the amended complaint.

The Court has considered the motion for summary judgment and all the related papers. On September 17, 2004, the Court filed its Ruling on Motion for Summary Judgment granting the motion.

Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 20th day of September, 2004.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
   Donna P. Thomas
   Deputy Clerk

Entered on the Docket   9/22/04

FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

ERROL I. Dunkley /Inmate #106002

SEP 29 2004

v.

CIVIL CASE NO. 3:01CV2007(CFD)

S. Rodwell
Remi Acosta

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Plantiff__ (appealing party) respectfully requests leave to file the within notice of appeal out of time. __45 Days After 10-17-04__ desires to appeal (appealing party) the judgment in this action entered on __9-17-04__, but failed to file a notice of appeal within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

the plaintiff Needs to reschearch the Ruling And Submit the Amount payable to court

_Errol I. Dunkley_
Signature

ERROL I. Dunkley
Print Name

Radgowski C.I.
982 Norwich New-
London Pke Uncasville
Address
CT 06382
Telephone Number

Date: 09-25-04

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

rev 7/02

