UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007



FILED
2004 DEC 13 P 3: 58
U.S. DISTRICT COURT
NEW HAVEN, CT

Roseann B. MacKechnie
CLERK

Date:                12/2/04
Docket Number:       04-5378-pr
Short Title:         Dunkley v. Armstrong
DC Docket Number:    01-cv-2007
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Christopher Dro

### ORDER OF DISMISSAL



NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

SO ORDERED,

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:    DEC 2  2004

For the Court,
Roseann B. MacKechnie, Clerk

By: Frank Perez
Deputy Clerk